Eleanor S. Evans, Respondent, v. George W. Silsby, Appellant, Impleaded with James Gilfillen and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of Angelo Cehio, Respondent, v. Max A. Fischer and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Accounting by Franklin W. Mahar, Substituted Trustee, under the Trust Created by the Last Will and Testament of Susannah A. Dickie, Deceased, Appellant. Daniel H. Mahar, Respondent. — Assuming the regularity of the order appealed from, we think the circumstances shown in the moving papers did not justify the relief granted to respondent. The trustee is under a large bond, and the duties of the trust terminate necessarily on July 5, 1915. Proceedings to settle his account as trustee should not be multiplied at the expense of the estate. The order is, therefore, reversed, with ten dollars costs and disbursements, and respondent's motion is denied without prejudice to any proceedings that may be instituted either by the trustee or by any of the beneficiaries on the termination of the trust on July 5, 1915. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Leonora Maslanka, as Administratrix, etc., Respondent, v. The American Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Dominick Abbruzzese, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Katharina Schmitz, Appellant, v. George Weitkus, Respondent.— Order affirmed, with costs. No opinion. Burr, Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., taking no part.

Carl Tielenius, Respondent, v. Frederick Hollender, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $7,500, in which event the judgment as modified and the order are unanimously affirmed, without costs. No opinion. Burr, Thomas, Stapleton, Rich and Putnam, JJ., concurred.

*Decisions by the presiding justice, on applications to appeal from the Appellate Term.*

George Humphreys, Respondent, v. Marine Basin Company, Appellant. — Application denied, with ten dollars costs.